# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTOMATED LAYOUT TECHNOLOGY, LLC,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br>PRECISION STEEL SYSTEMS, LLC, and NICHOLAS DONNER,<br><br>Defendants/Counter Claimants. | 4:20CV3127<br><br>ORDER |

In accordance with the discussion held with counsel on the record during the June 21, 2024, telephone conference,[1]

**IT IS ORDERED:**

1. On or before **July 8, 2024**, Plaintiff shall respond to Defendants regarding the number/breadth of emails responsive to Defendants' requests for production as discussed during the call.

2. On or before **July 22, 2024**, the parties shall meet and confer to determine how to proceed with production of emails based upon Plaintiff's response regarding the number/breadth of emails.

Dated this 21st day of June, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] The parties' pre-hearing letters submitted to the undersigned magistrate judge are attached to this Order.