IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRECISION STEEL SYSTEMS, LLC, et al.<br><br>Counterclaimants and third-party plaintiffs,<br><br>vs.<br><br>AUTOMATED LAYOUT TECHNOLOGIES, LLC,<br><br>Counterclaim and third-party defendants. | 4:20-CV-3127<br><br>TRIAL ORDER |

IT IS ORDERED:

1. A pretrial conference will be held before the undersigned judge in chambers at 8:20 a.m. on Monday, November 30, 2026.

2. To facilitate the pretrial conference, the Court will utilize the Pretrial Conference Order entered by the United States Magistrate Judge (filing 393).

3. Parties shall deliver to the Court, on Monday morning before trial, trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs.

4. At 8:50 a.m. on the first day of trial, the Court will meet with counsel and clients, on the record in the courtroom. This will be an

opportunity to dispose of any motions and last minute matters, prior to trial. Voir dire will commence immediately thereafter.

5. Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

6. Questioning of witnesses will be limited to direct examination, cross-examination, and redirect examination unless the Court allows further examination.

7. The Court will conduct an initial voir dire of the prospective panel. Counsel will be permitted to conduct follow-up voir dire in areas not covered by the Court's examination or in an area which may justify further examination in view of a prospective juror's response during the Court's voir dire.

8. Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

Dated this 24th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge